**Fill in this information to identify the case:**

Debtor name    Waterfront Resort Holdings, LLC

United States Bankruptcy Court for the:    EASTERN DISTRICT OF NEW YORK

Case number (if known)    **25-40041**

■ Check if this is an
amended filing

Official Form 206E/F

# Schedule E/F: Creditors Who Have Unsecured Claims

12/15

Be as complete and accurate as possible. Use Part 1 for creditors with PRIORITY unsecured claims and Part 2 for creditors with NONPRIORITY unsecured claims.
List the other party to any executory contracts or unexpired leases that could result in a claim. Also list executory contracts on *Schedule A/B: Assets - Real and
Personal Property* (Official Form 206A/B) and on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G). Number the entries in Parts 1 and
2 in the boxes on the left. If more space is needed for Part 1 or Part 2, fill out and attach the Additional Page of that Part included in this form.

**Part 1:**    List All Creditors with PRIORITY Unsecured Claims

1.  Do any creditors have priority unsecured claims? (See 11 U.S.C. § 507).

☐ No. Go to Part 2.

■ Yes. Go to line 2.

2.  List in alphabetical order all creditors who have unsecured claims that are entitled to priority in whole or in part. If the debtor has more than 3 creditors
with priority unsecured claims, fill out and attach the Additional Page of Part 1.

| | | Total claim | Priority amount |
|---|---|---|---|
| | | | |

| 2.1 | Priority creditor's name and mailing address<br>**IRS**<br>**Centralized Insolvency Operation**<br>**PO Box 7346**<br>**Philadelphia, PA 19101-7346** | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | **$0.00** | **$0.00** |
|---|---|---|---|---|

Date or dates debt was incurred

Basis for the claim:
**Notice only**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (8)

■ No

☐ Yes

| 2.2 | Priority creditor's name and mailing address<br>**NYS Department of Taxation &**<br>**Finance**<br>**Bankruptcy Unit-TCD**<br>**Bldg 8 Room 455**<br>**Albany, NY 12227** | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | **$0.00** | **$0.00** |
|---|---|---|---|---|

Date or dates debt was incurred

Basis for the claim:
**Notice only**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (8)

■ No

☐ Yes

**Part 2:**    List All Creditors with NONPRIORITY Unsecured Claims

3.  List in alphabetical order all of the creditors with nonpriority unsecured claims. If the debtor has more than 6 creditors with nonpriority unsecured claims, fill
out and attach the Additional Page of Part 2.

Amount of claim

Debtor    **Waterfront Resort Holdings, LLC**                                   Case number (if known)    **25-40041**
                          Name

| 3.1 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$1,000,000.00** |
|---|---|---|---|

**Jose Daniel Flores**
**Sanocki Newman & Turret LLP**
**225 Broadway**
**8th Floor**
**New York, NY 10007**

☐ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred __

Basis for the claim:  **Lawsuit to recover for personal injuries; Index no.:**
**700787/23**

Last 4 digits of account number __

Is the claim subject to offset?  ■ No  ☐ Yes

| 3.2 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00** |
|---|---|---|---|

**Office of the Attorney General**
**Real Estate Finance Bureau**
**28 Liberty Street**
**15th Floor**
**New York, NY 10005**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim:  **Notice only**

Last 4 digits of account number __

Is the claim subject to offset?  ■ No  ☐ Yes

---

## Part 3:    List Others to Be Notified About Unsecured Claims

4. **List in alphabetical order any others who must be notified for claims listed in Parts 1 and 2.** Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for unsecured creditors.

If no others need to be notified for the debts listed in Parts 1 and 2, do not fill out or submit this page. If additional pages are needed, copy the next page.

| Name and mailing address | On which line in Part1 or Part 2 is the related creditor (if any) listed? | Last 4 digits of account number, if any |
|---|---|---|

## Part 4:    Total Amounts of the Priority and Nonpriority Unsecured Claims

5. Add the amounts of priority and nonpriority unsecured claims.

|  |  | Total of claim amounts |
|---|---|---|
| 5a. Total claims from Part 1 | 5a. | $ 0.00 |
| 5b. Total claims from Part 2 | 5b. + | $ 1,000,000.00 |
| 5c. Total of Parts 1 and 2<br>Lines 5a + 5b = 5c. | 5c. | $ 1,000,000.00 |

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF NEW YORK
-----------------------------------------------------------x

In Re:                                                    Chapter 11

WATERFRONT RESORT HOLDINGS LLC,
                                                          Case No.: 1-25-40041-nhl

                          Debtors.
-----------------------------------------------------------x

## AFFIRMATION PURSUANT TO LOCAL RULE 1009-1(a)

Heath S. Berger, attorney for the debtors herein, affirms as follows:

1.      Debtor(s) filed a petition under Chapter 11 of the Bankruptcy Code on January 6,

2025.

2.      Annexed hereto is a listing setting forth the specific additions or corrections to, or

deletions from, the affected list(s), schedule(s) or statement(s).  The nature of the change

(addition, deletion or correction) is indicated for each creditor or item listed.

3.      If applicable, an amended mailing matrix is annexed hereto reflecting such

changes as have been referred to above.

Dated: Syosset, New York
       February 12, 2025


                                          BERGER, FISCHOFF, SHUMER,
                                          WEXLER & GOODMAN, LLP
                                          Attorneys for Debtor

                              BY:      _____
                                          Heath S. Berger, Esq.
                                          6901 Jericho Turnpike
                                          Syosset, New York 11791
                                          (516) 747-1136

IN RE: WATERFRONT RESORT HOLDINGS LLC
CASE NO. 1-25-40041-nhl
CHAPTER 11

*SPECIFIC LIST SETTING FORTH THE CHANGES*

**SCHEDULE E/F - CREDITORS WHO HAVE UNSECURED CLAIMS**

**ADDITION:**

Office of the Attorney General
Real Estate Finance Bureau
28 Liberty Street
15th Floor
New York, NY 10005

Office of the Attorney General
Real Estate Finance Bureau
28 Liberty Street
15th Floor
New York, NY 10005

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF NEW YORK
----------------------------------------------------------x

In Re:                                          Chapter 11

WATERFRONT RESORT HOLDINGS LLC,                 Case No. 1-25-40041-nhl

                        Debtors.
----------------------------------------------------------x

## AFFIDAVIT OF SERVICE

STATE OF NEW YORK  )
                                :ss.
COUNTY OF NASSAU   )

I , Dawn Profita, being duly sworn, says: I am not a party to the action, am over 18 years

of age and reside at Valley Stream, New York.

On February 12, 2025, I served a copy of the within **AFFIRMATION PURSUANT TO**

**LOCAL RULE 1009-1(a), SPECIFIC LIST AND AMENDED SCHEDULE E/ F** by

depositing a true copy thereof in a postpaid wrapper, in an official depository under the exclusive

care and custody of the United States Postal Service within New York State, addressed to each of

the following persons at the last known addresses set forth after each name:

**SEE ANNEXED SERVICE LIST:**

_____
Dawn Profita

Sworn to before me this
12ᵗʰ day of February, 2025


_____
Notary Public

HEATH S. BERGER
Notary Public, State of New York
No. 02BE5008879
Qualified in Suffolk County
Commission Expires March 1, 20_27_

<u>SERVICE LIST</u>

Office of the United States Trustee
Eastern District of New York (Brooklyn)
Alexander Hamilton Custom House
One Bowling Green
Room 510
New York, NY 10004-1408

Office of the Attorney General
Real Estate Finance Bureau
28 Liberty Street
15th Floor
New York, NY 10005